

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-12-00703-CV

Eric **WARD**,
Appellant

v.

Brooke **WARD**,
Appellee

From the County Court at Law No 4, Williamson County, Texas
Trial Court No. 11-1851-FC4
The Honorable John B. McMaster, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

The Appellee's Motion to Dismiss Appeal is MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court